UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:19-cv-00083

———

**Jonathan Skarsvog,**
*Plaintiff,*

v.

**Commissioner,**
**Social Security Administration,**
*Defendant.*

———

Before BARKER, *District Judge*

———

## ORDER

On March 7, 2019, plaintiff Jonathan Skarsvog filed this action under 42 U.S.C. § 405(g) for judicial review of defendant's decision denying plaintiff's applications for disability insurance benefits and supplemental security income. The case was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636.

Judge Mitchell ordered the parties to file briefs (Doc. 9), and the parties complied. Docs. 12, 13, and 14. Thereafter, Judge Mitchell issued a report and recommendation that defendant's final decision be affirmed and that the lawsuit be dismissed with prejudice. Doc. 15. Neither party filed objections.

When no party objects to a magistrate judge's report and recommendation within 14 days of service, the district court "need only satisfy itself that there is no clear error on the face of the record." *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996) (cleaned up). Here, there is no clear error.

Accordingly, the report and recommendation is **adopted**. This action is **dismissed with prejudice**. Any motion not previously ruled on is **denied as moot**.

- 2 -

*So ordered by the court on April 22, 2020.*

_____

J. CAMPBELL BARKER
United States District Judge